| | |
|---|---|
| 1 | JERI COPPA-KNUDSON, Trustee |
| 2 | 3495 LAKESIDE DRIVE, PMB#62 |
|   | RENO, NV. 89509-4841 |
| 3 | (775) 329-1528 |
|   | Jcoppa-knudson@epitrustee.com |

RECEIVED AND FILED
11 OCT 13 AM 10: 26
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:  
PENCE, WILLIAM  

Debtor.  
_____/

CASE NO. BK-N-10-51677

CHAPTER 7

NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011

**TO:** CLERK, UNITED STATES BANKRUPTCY COURT

**FROM:** JERI COPPA-KNUDSON, TRUSTEE

Pursuant to Rule 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, 2042.

| Claim No. | Claimant & Address | Can Number 613300 |
|---|---|---|
| | | Amount of Deposit |
| 9 | CAPITAL ONE N.A.<br>PO BOX 85140<br>RICHMOND, VA. 23285-5140 | $ 2,293.97 |

(handwritten annotations: 2293.97 / #89573)

DATED: _10/11/11_    TRUSTEE: _Jeri Coppa-Knudson_ (signature)

NOTE: Title 28, Chapter 129, 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make checks payable to Clerk, U.S. Bankruptcy Court.